UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22281-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

*Plaintiff*,

v.

**THE CORPORATIONS, LIMITED LIABILITY COMPANIES AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

*Defendants.*

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Motion to File Under Seal [ECF No. 5]. Plaintiff requests that Schedule "A" to Plaintiff's Complaint be filed under seal until the Court has had the opportunity to rule on Plaintiff's request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated. After careful consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to File Under Seal [**ECF No. 5**] is **GRANTED.**

2. Schedule "A" to Plaintiff's Complaint shall be filed under seal **no later than August 1, 2024,** and shall remain under seal until further order from this Court.

3. This Order shall not be filed under seal.

**DONE AND ORDERED** in the Southern District of Florida on July 26, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record