UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-22281-LIEBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

BUBULA,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Leo M. Lichtman of ESCA Legal LLC, 1177 6th Avenue, 5th Floor, New York, NY 10036 telephone (347) 745-2535, for purposes of appearance as counsel on behalf of Plaintiff Tushbaby, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Leo M. Lichtman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Leo M. Lichtman is not admitted to practice in the Southern District of Florida and is an attorney in good standing admitted to practice in New York and California. Mr. Lichtman is also admitted to practice and in good standing with the United States District Courts for the Southern and Eastern District of New York, the United States District Court for the Central District of California, and the United States Court of Appeal for the Ninth Circuit.

    2.    Movant, James M. Slater, of counsel with the law firm of ESCA Legal LLC, 9000 Dadeland Blvd #1500, Miami, FL 33156, telephone (305) 523-9023, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Leo M. Lichtman has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Leo M. Lichtman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Leo M. Lichtman, at the email address: leo@esca.legal.

WHEREFORE, James M. Slater moves this Court to enter an Order permitting Leo M. Lichtman to appear before this Court on behalf of Plaintiff Tushbaby, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Leo M. Lichtman.

Date: September 3, 2024

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
ESCA Legal LLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-22281-LIEBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

BUBULA,

    Defendant.
_____/

**CERTIFICATION OF LEO M. LICHTMAN**

Leo M. Lichtman, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

    1.    I have studied the Local Rules of the United States District Court for the Southern District of Florida;

    2.    I am an attorney in good standing admitted to practice in New York and California, the United States District Courts for the Southern and Eastern Districts of New York, thee United States District Court for the Central District of California, and the United States Court of Appeals for the Ninth Circuit; and

    3.    I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

_____
Leo M. Lichtman