UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-22281-LIEBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

BUBULA,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Leo M. Lichtman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Leo M. Lichtman may appear and participate in this action on behalf of Plaintiff Tushbaby, Inc. The Clerk shall provide electronic notification of all electronic filings to Leo M. Lichtman at leo@esca.legal.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2024.

                                                           DAVID S. LIEBOWITZ
                                                      United States District Judge

Copies furnished to: All Counsel of Record