**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-22281-LEIBOWITZ/GOODMAN**

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**BUBULA**,

    *Defendant*.

_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff Tushbaby, Inc.'s Motion to Reopen Case (the "Motion") [ECF No. 17], filed on September 5, 2024.  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 17**] is **GRANTED**.  The Clerk of Court is **DIRECTED** to reopen this case.

**DONE AND ORDERED** in the Southern District of Florida on September 5, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record