# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 1:24-cv-22281

| |
|---|
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>BUBULA, a Foreign Corporation,<br>    Defendant. |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>BABYMUST LOCAL, a Foreign Corporation,<br>    Defendant. |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>DCUTIE, a Foreign Corporation,<br>    Defendant. |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>GOMOM SHOP, a Foreign Corporation,<br>    Defendant. |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>LIUGXIUKEJI, a Foreign Corporation,<br>    Defendant. |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>LXKJ, a Foreign Corporation,<br>    Defendant. |

TUSHBABY, INC.,
    Plaintiff,
v.
TOLOCO, a Foreign Corporation,
    Defendant.

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MARSHALL DORE LOUIS AS ATTORNEY OF RECORD FOR PLAINTIFF

**THIS MATTER** comes before the Court on the motion of Marshall Dore Louis, Esq. from Boies Schiller Flexner LLP, to Withdraw as Attorney of Record for Plaintiff. Having reviewed Plaintiff's Motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Marshall Dore Louis, Esq. shall be withdrawn as attorney of record from this action. All other counsel of record on behalf of Plaintiff shall remain as counsel.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____, 2024.

**HONORABLE DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

Copies to: All Counsel of Record