# Exhibit 3



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registrations No. VA 2-360-714*



*U.S. Copyright Office Registrations No. VA 2-360-714*



*U.S. Copyright Office Registration No. VAu 1-511-372*



*U.S. Copyright Office Registration No. VA 2-395-564*



*U.S. Copyright Office Registration No. VA 2-355-341*



*U.S. Copyright Office Registration No. VA 2-402-769*