# Exhibit 1

**Registration #:** VA0002402769
**Service Request #:** 1-13572821261

## Mail Certificate

ESCA LEGAL LLC
Francesca M. Witzburg
208 Lenox Ave #211
Westfield, NJ  07090 United States

**Priority:** Special Handling   **Application Date:** March 01, 2024

## Correspondent

**Organization Name:** ESCA LEGAL LLC
**Name:** Francesca M. Witzburg
**Email:** fw-pto@esca.legal
**Telephone:** (917)397-1384
**Address:** 1177 6th Avenue, 5th FLR
New York, NY 10036 United States

**Registration Number**

# VA 2-402-769

**Effective Date of Registration:**
March 01, 2024
**Registration Decision Date:**
July 11, 2024

## Title
    **Title of Work:** Tushbaby Website 2024

## Completion/Publication
    **Year of Completion:** 2024
    **Date of 1st Publication:** January 31, 2024
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Jackie Cederholm
      **Author Created:** photograph
      **Work made for hire:** No
      **Domiciled in:** United States

-     **Author:** David Myers
      **Author Created:** text and graphics
      **Work made for hire:** No
      **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** TushBaby, Inc.
    2356 Lariat Ln, Walnut Creek, CA, 94596, United States
    **Transfer statement:** By written agreement

## Limitation of copyright claim
    **Material excluded from this claim:** The logos of well-known companies.

    **New material included in claim:** New text and graphics on this version of the website include the names and graphics of new colorways of the products featured on this version of the website, namely, orchid, leopard, tweed, metallic, and python for the Hip Carrier; black, leopard, cream, and gray for the Snug; and cognac and cream for the Pack.

See pages 110, 123, 149, 163, 178, 193, 208, 223, 239 of the deposit, for example. The original text and graphics created by David Myers appear on these pages as well as other pages not explicitly listed here. David Myers did not create the logos of well-known companies featured on the previous version or this new version of the website.

The new photographs also correspond to the new colorways of the aforementioned products, namely, orchid, leopard, tweed, metallic, and python for the Hip Carrier; black, leopard, cream, and gray for the Snug; and cognac and cream for the Pack. See pages 110, 123, 149, 162, 177, 192, 207, 222, 238 of the deposit, for example. The original photographs by Jacke Cederholm are featured on the website on pages 110, 136, 149, 162, 177, 192, 207, 222 of the deposit.

## Rights and Permissions

**Organization Name:** ESCA LEGAL LLC
**Name:** Francesca M. Witzburg
**Email:** fw-pto@esca.legal
**Telephone:** (917)397-1384
**Address:** 1177 6th Avenue, 5th FLR
New York, NY 10036 United States

## Certification

**Name:** Francesca M. Witzburg
**Date**: March 01, 2024
**Applicant's Tracking Number**: TUSHB-CO12

**Correspondence:** Yes

**Registration #:** VA0002355341
**Service Request #:** 1-12771168857



Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
Francesca M. Witzburg
208 Lenox Ave, #211
Westfield, NJ 07090 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-355-341

**Effective Date of Registration:**
July 13, 2023
**Registration Decision Date:**
July 21, 2023

---

## Title

**Title of Work:** Tushbaby.com Website

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 31, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Jackie Cederholm
  **Author Created:** photographs

- **Author:** David Myers
  **Author Created:** text
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** TushBaby, Inc.
2356 Lariat Ln, Walnut Creek, CA, 94596, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text by third parties, photographs by third parties
**New material included in claim:** text, photographs

## Rights and Permissions

**Organization Name:** Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
**Name:** Francesca M. Witzburg

Page 1 of 2

**Email:** francesca@witzburg.com
**Telephone:** (917)397-1384
**Address:** One Rockefeller Plaza, 11th Floor
New York, NY 10020 United States

## Certification

**Name:** Francesca M. Witzburg
**Date:** July 13, 2023
**Applicant's Tracking Number:** TUSHBA-CO1

**Correspondence:** Yes

**Registration #:** VA0002360714
**Service Request #:** 1-12824549251



Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
Francesca M. Witzburg
208 Lenox Ave., #211
Westfield, NJ 07090 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-360-714**
**Effective Date of Registration:**
August 07, 2023
**Registration Decision Date:**
August 31, 2023

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

    For Photographs Published:  May 03, 2018 to September 10, 2018

### Title

            Title of Group:  Tushbaby Photos by Mark Fore
Number of Photographs in Group:  30

### Completion/Publication

            Year of Completion:  2018
Earliest Publication Date in Group:  May 03, 2018
  Latest Publication Date in Group:  September 10, 2018
      Nation of First Publication:  United States

### Author

-               Author:  Mark Fore
       Author Created:  photographs
           Domiciled in:  United States

### Copyright Claimant

       Copyright Claimant:  TushBaby, Inc.
                                       2356 Lariat Ln, Walnut Creek, CA, 94596, United States
       Transfer statement:  By written agreement

### Rights and Permissions

       Organization Name:  Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
                     Name:  Francesca M. Witzburg
                       Email:  francesca@witzburg.com
                Telephone:  (917)397-1384

**Address:** One Rockefeller Plaza, 11th Floor
New York, NY 10020 United States

## Certification

**Name:** Francesca M. Witzburg
**Date:** August 07, 2023
**Applicant's Tracking Number:** TUSHB-CO3

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VAu001511350
**Service Request #:** 1-12970117683



ESCA LEGAL LLC
Francesca M. Witzburg
208 Lenox Ave #211
Westfield, NJ 07090 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-511-350**

**Effective Date of Registration:**
September 10, 2023
**Registration Decision Date:**
November 20, 2023



## Title

| | |
|---|---|
| Title of Work: | Tushbaby Artwork 1 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |

## Author

| | |
|---|---|
| Author: | David Hassan |
| Author Created: | 2-D artwork |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | TushBaby, Inc. |
| | PO Box 413, 160 Alamo Plz, Alamo, CA, 94507, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | ESCA LEGAL LLC |
| Name: | Francesca M. Witzburg |
| Email: | francesca@witzburg.com |
| Telephone: | (917)397-1384 |
| Address: | One Rockefeller Plaza, 11th Floor |
| | New York, NY 10020 United States |

## Certification

| | |
|---|---|
| Name: | Francesca M. Witzburg |
| Date: | September 10, 2023 |

Page 1 of 2

**Applicant's Tracking Number:** TUSHB-CO5

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited artwork only. 17 USC 101, 102(a), and 113.