# Exhibit 3



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*

*U.S. Copyright Office Registration No. VAu 1-511-350*



U.S. Copyright Office Registration No. VA 2-402-769



*U.S. Copyright Office Registration No. VA 2-255-341*