# Exhibit 3



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-395-564*



*U.S. Copyright Office Registration No. VAu 1-511-372*