# Exhibit 1

**Registration #:** VA0002355341
**Service Request #:** 1-12771168857



Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
Francesca M. Witzburg
208 Lenox Ave, #211
Westfield, NJ 07090 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-355-341

**Effective Date of Registration:**
July 13, 2023
**Registration Decision Date:**
July 21, 2023

## Title

  **Title of Work:** Tushbaby.com Website

## Completion/Publication

  **Year of Completion:** 2022
  **Date of 1st Publication:** December 31, 2022
  **Nation of 1st Publication:** United States

## Author

  - **Author:** Jackie Cederholm
    **Author Created:** photographs

  - **Author:** David Myers
    **Author Created:** text
    **Domiciled in:** United States

## Copyright Claimant

  **Copyright Claimant:** TushBaby, Inc.
  2356 Lariat Ln, Walnut Creek, CA, 94596, United States
  **Transfer statement:** By written agreement

## Limitation of copyright claim

  **Material excluded from this claim:** text by third parties, photographs by third parties
  **New material included in claim:** text, photographs

## Rights and Permissions

  **Organization Name:** Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
  **Name:** Francesca M. Witzburg

Page 1 of 2

|  |  |
|---:|:---|
| **Email:** | francesca@witzburg.com |
| **Telephone:** | (917)397-1384 |
| **Address:** | One Rockefeller Plaza, 11th Floor |
|  | New York, NY 10020 United States |

## Certification

|  |  |
|---:|:---|
| **Name:** | Francesca M. Witzburg |
| **Date**: | July 13, 2023 |
| **Applicant's Tracking Number**: | TUSHBA-CO1 |

|  |  |
|---:|:---|
| **Correspondence:** | Yes |

**Registration #:** VAu001511372
**Service Request #:** 1-12969858681



ESCA LEGAL LLC
Francesca M. Witzburg
208 Lenox Ave #211
Westfield, NJ 07090 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-511-372

**Effective Date of Registration:**
September 10, 2023
**Registration Decision Date:**
November 20, 2023



## Title
  **Title of Work:** Tushbaby Artwork 3

## Completion/Publication
  **Year of Completion:** 2023

## Author
-   **Author:** David Hassan
  **Author Created:** 2-D artwork
  **Domiciled in:** United States

## Copyright Claimant
  **Copyright Claimant:** TushBaby, Inc.
  PO Box 413, 160 Alamo Plz, Alamo, CA, 94507, United States
  **Transfer statement:** By written agreement

## Rights and Permissions
  **Organization Name:** ESCA LEGAL LLC
  **Name:** Francesca M. Witzburg
  **Email:** francesca@witzburg.com
  **Telephone:** (917)397-1384
  **Address:** One Rockefeller Plaza, 11th Floor
  New York, NY 10020 United States

## Certification
  **Name:** Francesca M. Witzburg
  **Date:** September 10, 2023

Applicant's Tracking Number:   TUSHB-CO9

Copyright Office notes:   Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited artwork only. 17 USC 101, 102(a), and 113.

**Registration #:** VA0002395564
**Service Request #:** 1-13842743271



ESCA LEGAL LLC
Francesca M. Witzburg
208 Lenox Ave. #211
Westfield, New Jersey 07090 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-564

**Effective Date of Registration:**
May 17, 2024
**Registration Decision Date:**
May 28, 2024

---

## Title

**Title of Work:** TushBaby Photo 1 by Robert Couto 2021

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 01, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Robert Couto
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** TushBaby, Inc.
1990 N. California Blvd., Suite 20, Walnut Creek, CA, 94596, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** ESCA LEGAL LLC
**Name:** Francesca M. Witzburg
**Email:** fw-pto@esca.legal
**Telephone:** (917)397-1384
**Address:** 1177 6th Avenue, 5th FLR
New York, NY 10036 United States

## Certification

Page 1 of 2

| | |
|---:|:---|
| **Name:** | Francesca M. Witzburg |
| **Date:** | May 17, 2024 |
| **Applicant's Tracking Number:** | TUSHB-CO13 |

| | |
|---:|:---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113. |