# Exhibit 1

**Registration #:**  VA0002360714
**Service Request #:**  1-12824549251



Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
Francesca M. Witzburg
208 Lenox Ave., #211
Westfield, NJ 07090 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-360-714

**Effective Date of Registration:**
August 07, 2023
**Registration Decision Date:**
August 31, 2023

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 03, 2018 to September 10, 2018

## Title _____

**Title of Group:** Tushbaby Photos by Mark Fore
**Number of Photographs in Group:** 30

## Completion/Publication _____

**Year of Completion:** 2018
**Earliest Publication Date in Group:** May 03, 2018
**Latest Publication Date in Group:** September 10, 2018
**Nation of First Publication:** United States

## Author _____

- **Author:** Mark Fore
  **Author Created:** photographs
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** TushBaby, Inc.
2356 Lariat Ln, Walnut Creek, CA, 94596, United States
**Transfer statement:** By written agreement

## Rights and Permissions _____

**Organization Name:** Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
**Name:** Francesca M. Witzburg
**Email:** francesca@witzburg.com
**Telephone:** (917)397-1384

**Address:**   One Rockefeller Plaza, 11th Floor
New York, NY 10020 United States

## Certification

**Name:**   Francesca M. Witzburg
**Date**:   August 07, 2023
**Applicant's Tracking Number**:   TUSHB-CO3

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

se

**Registration #:**  VAu001511372
**Service Request #:**  1-12969858681



ESCA LEGAL LLC
Francesca M. Witzburg
208 Lenox Ave #211
Westfield, NJ 07090 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VAu 1-511-372

**Effective Date of Registration:**
September 10, 2023
**Registration Decision Date:**
November 20, 2023

---

## Title

**Title of Work:**   Tushbaby Artwork 3

## Completion/Publication

**Year of Completion:**   2023

## Author

- **Author:**   David Hassan
  **Author Created:**   2-D artwork
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   TushBaby, Inc.
PO Box 413, 160 Alamo Plz, Alamo, CA, 94507, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   ESCA LEGAL LLC
**Name:**   Francesca M. Witzburg
**Email:**   francesca@witzburg.com
**Telephone:**   (917)397-1384
**Address:**   One Rockefeller Plaza, 11th Floor
New York, NY 10020 United States

## Certification

**Name:**   Francesca M. Witzburg
**Date**:   September 10, 2023

**Applicant's Tracking Number**:   TUSHB-CO9

**Copyright Office notes:**   Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited artwork only. 17 USC 101, 102(a), and 113.