UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Consolidated Under Lead Case No. 1:24-cv-22281-LEIBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

BUBULA,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND**

THIS MATTER is before the Court on Plaintiff Tushbaby, Inc.'s motion for leave to file a Second Amended Complaint against Defendant Bubula. Being fully advised in the premises, it is hereby

ORDERED and ADJDUDGED that

1. The motion is GRANTED.

2. The Second Amended Complaint attached to the Motion is deemed filed as of this date.

DONE AND ORDERED in the Southern District of Florida this ___ day of _____, 2024.

                                                  _____
                                                  DAVID S. LEIBOWITZ
                                                  UNITED STATES DISTRICT JUDGE