UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-23240-LEIBOWITZ

Consolidated Under Lead Case No. 1:24-cv-22281-LEIBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

DCUTIE, a foreign corporation,

    Defendant.

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND

THIS MATTER is before the Court on Plaintiff Tushbaby, Inc.'s motion for leave to file a Second Amended Complaint against Defendant DCUTIE. Being fully advised in the premises, it is hereby

ORDERED and ADJDUDGED that

1. The motion is GRANTED.

2. The Second Amended Complaint attached to the Motion is deemed filed as of this date.

DONE AND ORDERED in the Southern District of Florida this ___ day of _____, 2024.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE