UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22281-LEIBOWITZ/GOODMAN

| | |
|---|---|
| **TUSHBABY, INC.**, <br>     *Plaintiff,* <br> *v.* <br> **BUBULA**, <br>     *Defendant.* | |
| **TUSHBABY, INC.**, <br>     *Plaintiff,* <br> *v.* <br> **BABYMUST LOCAL**, <br>     *Defendant.* | |
| **TUSHBABY, INC.**, <br>     *Plaintiff,* <br> *v.* <br> **DCUTIE**, <br>     *Defendant.* | |
| **TUSHBABY, INC.**, <br>     *Plaintiff,* <br> *v.* <br> **GOMOM SHOP**, <br>     *Defendant.* | |
| **TUSHBABY, INC.**, <br>     *Plaintiff,* <br> *v.* <br> **LIUGXIUKEJI**, <br>     *Defendant.* | |
| **TUSHBABY, INC.**, <br>     *Plaintiff,* <br> *v.* <br> **LXKJ**, <br>     *Defendant.* | |

**TUSHBABY, INC.**,
    *Plaintiff,*

v.

**TOLOCO**,
    *Defendant.*

### ORDER

**THIS CAUSE** is before the Court on the Motion to Withdraw as Attorney for Plaintiff (the "Motion") [ECF No. 20], filed on September 18, 2024, by Marshall Dore Louis, Esq.

Withdrawing counsel represents that if the Court grants the Motion, Plaintiff Tushbaby, Inc., will continue to be represented by James M. Slater and Leo M. Lichtman of ESCA Legal PLLC. [*Id.* at 2]. Accordingly, upon due consideration, it hereby is **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 20**] is **GRANTED**.

2. Within five (5) days of the entry of this Order, withdrawing counsel shall send to Plaintiff a copy of this Order and file a notice with the Court certifying same.

3. Marshall Dore Louis, Esq., shall be relieved of all further responsibilities related to Plaintiff Tushbaby, Inc., in these proceedings.

**DONE AND ORDERED** in the Southern District of Florida on September 19, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record