# Exhibit 3



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-713*



*U.S. Copyright Office Registration No. VA 2-360-713*



*U.S. Copyright Office Registration No. VA 2-360-713*



*U.S. Copyright Office Registration No. VA 2-402-769*



U.S. Copyright Office Registration No. VA 2-402-769



*U.S. Copyright Office Registration No. VA 2-402-769*



*U.S. Copyright Office Registration No. VA 2-402-769*



*U.S. Copyright Office Registration No. VAu 1-511-372*

*U.S. Copyright Office Registration No. VAu 1-511-354*

*U.S. Copyright Office Registration No. VAu 1-511-350*



*U.S. Copyright Office Registration No. 2-395-564*