# Exhibit 3



*U.S. Copyright Office Registration No. VA 2-360-714*

Large Storage Pocket

Side Zipper
Pocket

Phone Pocket

Loop for Toy
Attachment



Front Pocket

*U.S. Copyright Office Registration No. VA 2-360-714*

Anti Slip Fabric Patch

Easy Fold Up

Memory Foam
Lined Seat



Buckle with two
Safeguards

*U.S. Copyright Office Registration No. VA 2-360-714*



*U.S. Copyright Office Registration No. VA 2-360-713*



*U.S. Copyright Office Registration No. VA 2-360-715*



*U.S. Copyright Office Registration No. VA 2-360-715*



*U.S. Copyright Office Registration No. VA 2-402-769*



*U.S. Copyright Office Registration No. VA 2-355-341*



*U.S. Copyright Office Registration No. VAu 1-511-372*

*U.S. Copyright Office Registration No. VAu 1-511-354*