**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED CASE NO. 1:24-cv-22281

| | |
|---|---|
| TUSHBABY, INC., <br>    Plaintiff, <br>v. <br>BUBULA, a Foreign Corporation, <br>    Defendant. | |
| TUSHBABY, INC., <br>    Plaintiff, <br>v. <br>BABYMUST LOCAL, a Foreign Corporation, <br>    Defendant. | |
| TUSHBABY, INC., <br>    Plaintiff, <br>v. <br>DCUTIE, a Foreign Corporation, <br>    Defendant. | |
| TUSHBABY, INC., <br>    Plaintiff, <br>v. <br>GOMOM SHOP, a Foreign Corporation, <br>    Defendant. | |
| TUSHBABY, INC., <br>    Plaintiff, <br>v. <br>LIUGXIUKEJI, a Foreign Corporation, <br>    Defendant. | |
| TUSHBABY, INC., <br>    Plaintiff, <br>v. <br>LXKJ, a Foreign Corporation, <br>    Defendant. | |

TUSHBABY, INC.,
    Plaintiff,
v.
TOLOCO, a Foreign Corporation,
    Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in compliance with the Court's Order dated September 20, 2024, a copy of the Court's Order granting Plaintiff's Motion to Withdraw as Counsel (Dkt. No. 29), was served via email upon Tamara Rant, CEO of TushBaby, Inc., on September 20, 2024.

Dated: September 24, 2024        Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Marshall Dore Louis*
Marshall Dore Louis (FL Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539 8400
E-mail: mlouis@bsfllp.com

*Attorney for Plaintiff TushBaby, Inc.*