UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22281-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**BUBULA**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**BABYMUST LOCAL**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**DCUTIE**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**GOMOM SHOP**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**LIUGXIUKEJI**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**LXKJ**,
    *Defendant*.

| |
|---|
| **TUSHBABY, INC.**, <br> *Plaintiff,* <br> *v.* <br> **TOLOCO**, <br> *Defendant.* |
| **TUSHBABY, INC.**, <br> *Plaintiff,* <br> *v.* <br> **BABYKIDS**, <br> *Defendant.* |
| **TUSHBABY, INC.**, <br> *Plaintiff,* <br> *v.* <br> **BESTBYIN**, <br> *Defendant.* |

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On, September 18, 2024, Plaintiff filed an Amended Complaint against BABYKIDS, BABYMUST LOCAL, BESTBYIN, GOMOM SHOP, LIUGXIUKEJI, LXKJ, and TOLOCO. [ECF Nos. 19, 21, 22, 23, 24, 25, 26]. On September 20, 2024, Plaintiff filed an Amended Complaint against BUBULA and DCUTIE. [ECF Nos. 32, 33]. Since the filing of the Amended Complaints, there has been no activity on the docket and no indication on the docket that any of the Defendants have been served with a copy of the summons and Complaint.

It is therefore **ORDERED AND ADJUDGED** that on or before **October 28, 2024**, Plaintiff shall provide a status report to the Court on the status of this case.

**DONE AND ORDERED** in the Southern District of Florida on October 17, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record