UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-22281-LEIBOWITZ/GOODMAN

TUSHBABY, INC.

      Plaintiff,

v.

BUBULA,

      Defendant.

_____/

TUSHBABY, INC.

      Plaintiff,

v.

BABYMUST LOCAL,

      Defendant.

_____/

TUSHBABY, INC.

      Plaintiff,

v.

DCUTIE,

      Defendant.

_____/

TUSHBABY, INC.

      Plaintiff,

v.

GOMOM SHOP,

      Defendant.

_____/

TUSHBABY, INC.

      Plaintiff,

v.

LIUGXIUKEJI,

      Defendant.

_____/

TUSHBABY, INC.

      Plaintiff,

v.

HONG KONG LINGXIU TECHNOLOGY
CO., LTD. d/b/a LXKJ,

      Defendant.

_____/

TUSHBABY, INC.

      Plaintiff,

v.

TOLOCO a/k/a SODAY-US,

      Defendant.

_____/

TUSHBABY, INC.

      Plaintiff,

v.

BABYKIDS,

      Defendant.

_____/

TUSHBABY, INC.

     Plaintiff,

v.

BESTBYIN,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
## ALL DEFENDANTS WITHOUT PREJUDICE AND RESPONSE TO ORDER

     Pursuant to the Court's order that Plaintiff Tushbaby, Inc. provide a status report [ECF No. 35] and pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby gives notice that it is voluntarily dismissing this case. Upon further investigation, Plaintiff has found more links between several of the Defendants in this case and the defendants in litigation Plaintiff brought which is currently pending before the U.S. District Court for the Southern District of New York, and accordingly, Plaintiff voluntarily dismisses Defendants BABYKIDS, BABYMUST LOCAL, BESTBYIN, BUBULA, DCUTIE, GOMOM SHOP, LIUGXIUKEJI, HONG KONG LINGXIU TECHNOLOGY CO., LTD. d/b/a LXKJ, and TOLOCO a/k/a SODAY-US, each without prejudice.

Dated: October 28, 2024

                                 Respectfully submitted,

                                 **James M. Slater**
                                 James M. Slater (FBN 111779)
                                 ESCA Legal LLC
                                 9000 Dadeland Blvd. #1500
                                 Miami, Florida 33156
                                 Tel. (305) 523-9023
                                 james@esca.legal

                                 Leo M. Lichtman (admitted *pro hac vice*)
                                 ESCA Legal LLC
                                 1117 Sixth Avenue, Fifth Floor

New York, New York 10036
Tel. (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*