UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22281-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**BUBULA**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**BABYMUST LOCAL**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**DCUTIE**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**GOMOM SHOP**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**LIUGXIUKEJI**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**LXKJ**,
    *Defendant*.

**TUSHBABY, INC.**,
    *Plaintiff,*

*v.*

**TOLOCO**,
    *Defendant.*

**TUSHBABY, INC.**,
    *Plaintiff,*

*v.*

**BABYKIDS**,
    *Defendant.*

**TUSHBABY, INC.**,
    *Plaintiff,*

*v.*

**BESTBYIN**,
    *Defendant.*

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal of All Defendants Without Prejudice [ECF No. 36], filed on October 28, 2024. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice*. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on October 29, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record